JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ELIAS, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPOTIFY USA INC.,<br><br>　　　　　　Defendant/Third Party Plaintiff,<br><br>　　v.<br><br>THE EXECUSEARCH GROUP, LLC AND EXECUSEARCH HOLDINGS, LLC dba THE EXECUSEARCH GROUP, LLC,<br><br>　　　　　　Third Party Defendants. | Case No. 2:20-cv-01854-JFW (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>F.R.Civ.P. 41(a)(1) |

On November 12, 2021, Plaintiff MATTHEW ELIAS ("Plaintiff"), Defendant/Third-Party Plaintiff SPOTIFY USA INC. ("Spotify"), and Third-Party Defendants THE EXECUSEARCH GROUP, LLC and EXECUSEARCH HOLDINGS, LLC dba THE EXECUSEARCH GROUP, LLC. (collectively, "Execu/Search") filed a Joint Stipulation to Dismiss the Entire Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Dkt. No. 120. As the parties have reached an agreement to settle all claims, *see* Dkt. No. 116-1, which the Court approved, Dkt. No. 118, the Court enters the stipulation and dismisses both Plaintiff's operative Complaint, and all claims and causes of action therein, and Spotify's operative Third Party Complaint against Execu/Search, and all claims and causes of action therein (collectively, the "Action"), with prejudice, with each party bearing that party's own attorneys' fees and costs. The entire Action is thus dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November 15, 2021

_____
Hon. John F. Walter
United States District Judge